IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NUMBER:  2:18-cv-00988-DCN

| | |
|---|---|
| A.B. Holling Construction, Inc., <br><br>                                     Plaintiff, <br><br> v. <br><br> Sapelo Creative Insurance Solutions, LLC, <br><br>                                     Defendant. | **STIPULATION OF DISMISSAL** |

The above-captioned matter, having been settled by the parties, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.

| | |
|---|---|
| S/Christopher M. Ramsey <br> _____ <br> Christopher M. Ramsey, Esquire <br> The Bostic Law Group, P.A. <br> 2236 Ashley Crossing Drive <br> Charleston, SC 29414 <br> Phone:  843-571-2525 <br> Fax:  843-571-7050 <br> Attorney for Plaintiff <br><br> DATE:  2/19/19 | S/Wesley B. Sawyer <br> _____ <br> Wesley B. Sawyer, Esquire (Bar #11244) <br> MURPHY & GRANTLAND, P.A. <br> Post Office Box 6648 <br> Columbia, SC  29260 <br> Phone: 803-782-4100 <br> Fax: 803-782-4140 <br> Attorney for Defendant <br><br> DATE:  2-25-19 |